Nos. 899 and 900.   HAMBURGER *v.* DYER, TRUSTEE, ET AL.
May 5, 1941.   Petition for writs of certiorari to the Cir-
cuit Court of Appeals for the Sixth Circuit denied.   MR.
JUSTICE MURPHY took no part in the consideration and
decision of this application.   *Mr. Meyer Abrams* for peti-
tioner.   *Messrs. Harry H. Mead* and *Isadore Levin* for
respondents.

No. 901.   BAKERY & PASTRY DRIVERS & HELPERS LOCAL
802 ET AL. *v.* WOHL ET AL.   On petition for writ of cer-
tiorari to the Court of Appeals of the State of New York.
May 5, 1941.   It does not appear from the record that
the federal question presented by the petition was nec-
essarily decided by the Court of Appeals.   The petition
for certiorari is denied, *Lynch* v. *New York ex rel. Pierson*,
293 U. S. 52; *Honeyman* v. *Hanan*, 300 U. S. 14, 18.   *Mr.
Edward C. Maguire* for petitioners.   *Hyman Wohl* and
*Louis Platzman, pro se.*

No. 891.   LAYTON ET AL. *v.* THAYNE ET AL.   May 5,
1941.   Petition for writ of certiorari to the Circuit Court
of Appeals for the Tenth Circuit denied.   *Mr. J. D. Skeen*
for petitioners.   *Mr. John Jenson* for respondents.

No. 892.   BUTTARS *v.* UTAH MORTGAGE LOAN CORP.
May 5, 1941.   Petition for writ of certiorari to the Circuit
Court of Appeals for the Tenth Circuit denied.   *Mr. J. D.
Skeen* for petitioner.   *Mr. Hadlond P. Thomas* for re-
spondent.